IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

SHERI R. MCLAURIN                                                                                   PLAINTIFF

VS.                                                           CIVIL ACTION NO. 3:08CV762TSL-JCS

JOE FUSCO, ET AL.                                                                              DEFENDANTS

## ORDER

It is hereby ordered that the unopposed motion defendant Jenny Craig, Inc. to set aside the clerk's entry of default against it is granted.

SO ORDERED this the _12th day of March, 2009.


    __/s/ James C. Sumner_____
    UNITED STATES MAGISTRATE JUDGE