IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN
DISTRICT OF MISSISSIPPI, JACKSON DIVISION

SHERI R. McLAURIN                                                       PLAINTIFF

VS.                                           CIVIL ACTION NO. 3:08cv762 TSL-JCS

JON FUSCO Individually and
d/b/a DMJ, INC.                                                          DEFENDANT

## DEFAULT JUDGMENT

**THIS MATTER** having come before the Court for hearing on January 5, 2010 on the motion by the Plaintiff for the Default Judgment against Defendants Jon Fusco Individually and d/b/a, DMJ, INC. in the above styled cause of action and after a review of the pleadings, and considering argument of counsel and being fully advised in the premises, the Court finds that the motion is well taken and should be granted.

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff is entitled to a default judgment as a matter of law in the amount of $200,000.00, plus post judgment interest in the amount of 9% per annum, all cost of Court incurred herein including attorneys' fees and such other relief as the Court deems just.

SO ORDERED AND ADJUDGED this the 5th day of January, 2010.

/s/Tom S. Lee
JUDGE

Submitted By:

/s/S. Malcolm O. Harrison MSB # 9965
HARRISON & FLOWERS, PLLC
P.O. Box 483
Jackson, MS 39205-0483
(601) 948-5030

Attorney for the PLAINTIFF